## Commonwealth *v.* Ellis, Appellant.

Submitted November 9, 1970. *H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Robert L. Campbell* and *Carol Mary Los,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition. *Commonwealth v. Satchell,* 430 Pa. 443, 243 A. 2d 381 (1968).

WRIGHT, P. J., dissents.